**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8037**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX NWAEBO,

Defendant - Appellant.

---

**No. 02-6293**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX NWAEBO,

Defendant - Appellant.

---

Appeals from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-91-217-CCB)

---

Submitted: April 25, 2002                Decided: May 2, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Felix Nwaebo, Appellant Pro Se.  Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Felix Nwaebo appeals the district court's orders denying his motion for reduction of sentence and his motion for credit for time served.  We have reviewed the record and the district court's opinion and orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See United States v. Nwaebo, No. CR-91-217-CCB (D. Md. filed Nov. 21, 2001, entered Nov. 26, 2001; Jan 23, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2